MARY CATHERINE PIERCE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Pierce v. Comm'r
Docket No. 8557-01 United States Tax Court
2003 U.S. Tax Ct. LEXIS 29; July 8, 2003, Decided Pierce v. Comm'r, T.C. Memo 2003-188, 2003 Tax Ct. Memo LEXIS 189 (T.C., 2003)
*29 Joel Gerber, Judge. JoelGerber
ORDER
For cause, it is
ORDERED that the Court's Memorandum Findings of Fact and Opinion (T.C. Memo. 2003-188), filed June 30, 2003, is hereby modified by eliminating from page 29 of said opinion the following language as follows:
"Decision will be entered for respondent."
and substituting therefor the following:
"Decision will be entered under Rule 155."
It is further
ORDERED that the opinion of this Court (T.C. Memo. 2003-188), filed June 30, 2003, in all other respects remains unchanged.
Joel Gerber
Judge
Dated: Washington, D.C.
July 8, 2003